## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| SCOTT N. MASSON,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., a Delaware corporation, PIONEER CREDIT RECOVERY, INC., a Delaware corporation, and COAST PROFESSIONAL, INC., a Nevada corporation,<br><br>        Defendants. | **Civil Action No. 2:16-cv-01887-ILRL-JVM**<br><br>**Section B**<br>**Judge Ivan L.R. Lemelle**<br><br>**Division 1**<br>**Magistrate Judge Janis van Meerveld**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL OF NAVIENT SOLUTIONS, INC. AND PIONEER CREDIT RECOVERY, INC. WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff, Scott N. Masson, and Defendants, Navient Solutions, Inc. ("NSI") and Pioneer Credit Recovery, Inc. ("Pioneer") (collectively "Defendants"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against NSI and Pioneer, only, with each side to bear its own fees and costs. Plaintiff reserves his rights against the remaining defendant, Coast Professional, Inc.

[Signatures on following page]

Dated: December 28, 2016.

Respectfully submitted,

_/s/Keren E. Gesund_____      _/s/Michael D. Alltmont_____
Keren E. Gesund, Esq.                   Michael D. Alltmont, Esq.
Gesund & Pailet, LLC                    Sessions Fishman Nathan & Israel
3421 N. Causeway Blvd., Suite 701       3 Cross Creek Drive
Metairie, LA  70002                     Flemington, NJ 08822
Telephone: (631) 335-1107               Telephone:  (504) 828-3700
Email: keren@gp-nola.com                Facsimile:   (504) 828-3737
*Counsel for Plaintiff,*                Email: malltmont@sessions.legal
Scott N. Masson                         *Attorneys for Defendant,*
                                        Navient Solutions, Inc. and Pioneer
                                        Credit Recovery, Inc.