UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT N. MASSON,<br>   Plaintiff | CIVIL ACTION NO. 2:16-cv-01887 |
| | SECTION: B |
| vs | |
| | JUDGE IVAN L.R. LEMELLE |
| COAST PROFESSIONAL, INC., a Nevada corporation,<br>   Defendants. | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| | JURY TRIAL DEMANDED |

_____

## NOTICE OF SETTLEMENT

  Pursuant to Local Rule 16.4 of the Local Rules for the U.S. District for the Eastern District of Louisiana, Plaintiff Scott N. Masson and Defendant Coast Professional, Inc. hereby notify the Court that they have reached an agreement to settle the class claims, raised between them in this litigation, thereby settling this matter in its entirety.  The parties request forty-five (45) days to file the Motion for Preliminary Approval of a Class Action Settlement.

  Dated this 20th day of March 2017.

              s/ O. Randolph Bragg
              O.  Randolph Bragg
              HORWITZ, HORWITZ & ASSOCIATES
              25 East Washington Street, Suite 900
              Chicago, IL 60602
              (312) 372-8822
              rand@horwitzlaw.com

              **GESUND AND PAILET, LLC**
              */s/ Keren E. Gesund, Esq.*
              Keren E. Gesund, Esq.
              Louisiana Bar No. 34397
              3421 N. Causeway Blvd., Suite 805
              Metairie, LA 70002
              Tel: (504) 836-2888
              Fax: (504) 265-9492

keren@gp-nola.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of March 2017, a true and correct copy of Plaintiff's Notice of Settlement was served via ECF on the following:

Coast Professional, Inc.
c/o David Vicknair
Scott, Sevin & Vicknair
3850 N. Causeway Blvd.,
Suite 1130
Metairie, LA 70002
Ph: (504) 264-1057
Fax: (504) 264-5557
david@ssv-law.com

Richard J. Perr
Fineman Krekstein & Harris, P.C.
1735 Market St.
Philadelphia, PA 19103
Ph: (215) 893-8724
rperr@finemanlawfirm.com

*/s/ Keren E. Gesund*
KEREN E. GESUND