**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SCOTT N. MASSON,**<br>**Plaintiff** | **CIVIL ACTION NO. 2:16-cv-01887** |
| | **SECTION: B** |
| **vs** | |
| | **JUDGE IVAN L.R. LEMELLE** |
| **COAST PROFESSIONAL, INC., a Nevada**<br>**corporation,**<br>**Defendant.** | **MAGISTRATE JUDGE JANIS**<br>**VAN MEERVELD** |
| | **JURY TRIAL DEMANDED** |

---

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF CLASS COUNSEL'S FEES AND COSTS

NOW INTO COURT, comes Plaintiff Scott N. Masson ("Plaintiff"), through undersigned counsel, and hereby respectfully submits the parties' Joint Motion for Final Approval of Class Action Settlement and Approval of Class Counsel's Fees and Costs.

This motion is based on the attached Memorandum of Points and Authorities, declaration, exhibits, pleadings, papers, records and files, and such additional argument or evidence as may be submitted at the hearing of this matter.

DATED this 20th day of September, 2017.

s/ O. Randolph Bragg
O.  Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
rand@horwitzlaw.com

GESUND AND PAILET, LLC
*/s/ Keren E. Gesund, Esq.*
Keren E. Gesund, Esq.
Louisiana Bar No. 34397
3421 N. Causeway Blvd., Suite 805

1

Metairie, LA 70002
Tel: (504) 836-2888
Fax: (504) 265-9492
keren@gp-nola.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of September 2017, a true and correct

copy of the Plaintiff's Joint Motion for Final Approval of Class Action Settlement and Approval

of Class Counsel's Fees and Costs was served via ECF on the following:

Coast Professional, Inc.
c/o David Vicknair Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste 1100
New Orleans, LA 70112
Ph: (504) 684-5200
Fax: (504) 613-6351
david@svhclawssv-law.com

Richard J. Perr
Fineman Krekstein & Harris, P.C. 1735 Market St.
Philadelphia, PA 19103
Ph: (215) 893-8724
rperr@finemanlawfirm.com

*/s/ Keren E. Gesund*
KEREN E. GESUND